# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0416−1 | User: admin | Date Created: 06/02/2010 |
| Case: 09−32645 | Form ID: B18 | Total: 39 |

**Recipients of Notice of Electronic Filing:**
tr     Michael G Rinn     rinnoffice@rinn−law.com
aty     Jeffrey M. Sirody     smeyers5@hotmail.com

                                                   TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Belinda M Caudill     PO Box 72     McCurtain, OK 74944
25601713     AZ Corridor Emergency Physicians     c/o NCO Financial Systems     5070 Prudential Road     Horsham, PA 19044
25601710     American Home Shield     PO Box 2803     Memphis, TN 38110
25601711     Arizona Public Services     PO Box 2906     Phoenix, AZ 85062
25601712     Axis Mortgage &Investment     Citi Mortgage     PO Box 9438     Gaithersburg, MD 20898
25601714     Bureau Of Med Econcs     326 E Coronado Rd     Phoenix, AZ 85004
25847540     Cascade Overlook Apartments     c/o David S. Brown Enterprises, LTD     PO Box 548     Owings Mills, MD 21117
25601715     Chase     Bank One Card Serv 800 Brooksedge Blv     Westerville, OH 43081
25642648     Chase Auto Finance     C/O Mary Lautenbach     201 N. Central Ave,     AZ1−1191     Phoenix, AZ 85004
25601716     Chase Auto Finance     PO Box 901098     Fort Worth, TX 76101
25601717     Citi Mortgage     PO Box 9438     Gaithersburg, MD 20898
25601736     Comptroller of the Treasury     Compliance Division, Room 409     301 W. Preston Street     Baltimore, MD 21201
25780104     Department of the Treasury     Internal Revenue Service     Centralized Insolvency Office     P. O. Box 21126     Philadelphia, PA 19114
25601739     Deputy County Attorney     Baltimore County Office of Law     400 Washington Avenue, 2nd Floor     Towson, MD 21204
25601720     Encore Receivables Management     400 N. Rockens Road     PO Box 3330     Olathe, KS 66063
25601721     Internal Revenue Service     P.O. Box 16336     Philadelphia, PA 19114
25601722     JC Penney     PO Box 960090     Orlando, FL 32896
25801940     JP Morgan Chase Bank, N.A.     Chase Auto Finance     PO Box 901032     Ft. Worth, TX 76101−2032
25801941     JP Morgan Chase Bank, N.A.     Chase Auto Finance     PO Box 901032     Ft. Worth, TX 76101−2032
25601723     Lyons Mills Partnership, LLP     P.O. Box 548     Owings Mills, MD 21117
25601724     Midland Credit Managment     PO Box 60578     Los Angeles, CA 90060
25601725     NCO Financial Service     507 Prudential Road     Horsham, PA 19044
25601726     NCO Financial Systems, Inc     PO Box 15630     Dept. 99     Wilmington, DE 19850
25601727     State Farm Insurance Companies     PO Box 22035     Tempe, AZ 85285
25601738     State of Maryland DLLR     Division of Unemployment Insurance     1100 N. Eutaw Street, Room 401     Baltimore, MD 21201
25601737     Supervisor of Delin. Accts.     Rm. 1 Municipal Building     Holliday &Lexington Streets     Baltimore, MD 21202
25601728     Tiffany &Bosco, PA     2525 East Camelback Road, Ste. 300     Phoenix, AZ 85016
25601729     Transworld Systems     PO Box 1864     Santa Rosa, CA 95402
25601730     Wells Fargo     c/o Audit Systems Incorporated     3696 Ulmerston Road     Clearwater, FL 33762
25601732     Wells Fargo Bank     3300 W Sahara Ave     Las Vegas, NV 89102
25723153     Wells Fargo Bank     Overdraft Recovery Payment Pro. Dept.     A0143−042     P.O. Box 63491     San Francisco, Ca 94163
25601731     Wells Fargo Bank     PO Box 4233     Portland, OR 97208
25601733     Wells Fargo Bank Nv Na     Po Box 31557     Billings, MT 59107
25698799     Wells Fargo Bank, N.A.     P. O. Box 14469 MAC X2303−01M     Des Moines, IA 50306−9655
25611356     Wells Fargo Bank, N.A.     c/o Wells Fargo Card Services     Recovery Department     P.O. Box 9210     Des Moines, IA 50306
25601734     Wells Fargo Financial     PO Box 98791     Las Vegas, NV 89193
25601719     eCardio Diagnostics, LLC     411 Lantern Bend Drive #220     Houston, TX 77090

                                                   TOTAL: 37